JS-6

1
2
3
4
5
6
7
8

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL DEAN, | Case № 2:17-CV-7038-ODW-AFM |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| CALIFORNIA RESOURCES CORP., | |
| Defendant. | |

1  The Court, having considered the parties' joint Stipulation for Dismissal
2  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF
3  No. 36), hereby dismisses without prejudice Plaintiff's Complaint in the above-
4  entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court
5  **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

7  **IT IS SO ORDERED.**

9  November 1, 2018

12  _____
    **OTIS D. WRIGHT, II**
13  **UNITED STATES DISTRICT JUDGE**